UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 1699<br><br>Judge Charles R. Breyer |
| This document relates to:<br><br>**MERLE B. AND OPAL COX,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**PFIZER, INC.,**<br><br>    **Defendant.** | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO CASE NO. 06CV2878** |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for the Plaintiffs and counsel for the Defendant that the Complaint of Plaintiffs Merle B. and Opal Cox, Case No. 06CV2878 is hereby dismissed without prejudice:

 1. Plaintiffs are Merle B. and Opal Cox; defendant is Pfizer, Inc.;

 2. On April 27, 2006, plaintiffs sued defendant;

 3. Plaintiffs move to dismiss their claims against defendant;

 4. Defendant has not answered these claims;

 5. This case is not a class action;

6. A receiver has not been apointed to this action;

7. Plainitff has not dismissed an action based on or including the same claims as those present in this suit.

8. Should Plaintiffs or a representative of Plainitffs attempt to refile their claims against Defendant, they shall do so only by filing said claims in MDL 1699 In Re Bextra and Celebrex Marketing and Sales Practices and Product Liability Litigation, located in the Northern District of California.

Respectfully submitted:

Dated: May 9, 2006

SIMMONSCOOPER LLC

_____
Trent B. Miracle
707 Berkshire Boulevard
East Alton, IL 62024
(618) 259-2222 (Tel.)
(618) 259-2251 (Fax)
tmiracle@simmonscooper.com

-and-

HANLY CONROY BIERSTEIN
SHERIDAN FISHER & HAYES
112 Madison Avenue
New York, NY 10017-1111
(212) 784-6400 (Tel.)
(212) 784-6420 (Fax)

*Attorneys for Plaintiffs*

Dated: May 3, 2006

GORDON & REES

_____
Stuart M. Gordon, Esq.
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
(415) 986-5900 (Tel.)
(415) 986-8054 (Fax)

*Defendant's Liaison Counsel*

1
2 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
3
4   Dated: May 30, 2006
5   _____ THE _____ R. BREYER
    UNIT_____DGE
6
    *[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28